UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DYRIL CALHOUN,

                                                Plaintiff,

          -v-

METRO-NORTH RAILROAD COMPANY,

                                                Defendant.

21 Civ. 6211 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On July 21, 2021, plaintiff Dyril Calhoun filed a complaint against Metro-North Railroad Company ("Metro-North"). Dkt. 1. On July 23, 2021, a summons and the complaint were served on Metro-North, making an answer due on August 13, 2021. *Id.* On August 17, 2021, Metro-North filed its answer to the complaint. Dkt. 7. The Court directs defense counsel to file a letter, no more than two pages in length, explaining the delay and noting whether Calhoun consented to the nunc pro tunc extension.

SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: August 18, 2021
         New York, New York