420 Lexington Avenue
New York, NY 10170
www.mta.info

Catherine A. Rinaldi
President

# Metro-North Railroad

August 19, 2021

**Via ECF filing**

Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007-1312

Re: Dyril Calhoun v. Metro-North Railroad
    File No.: 1:21-cv-6211 (PAE)
    Initial Conference Date: September 10, 2021

Dear Honorable Judge Engelmayer:

Please be advised that my office just became aware that an Initial Conference has been scheduled for September 10, 2021.

This letter is to request an adjournment of the conference in this matter due to the fact that I have scheduled a vacation and I will be out of the Country at that time. This vacation has been planned for almost one month. I am hoping that this Court will grant this extension since this will be the first time I am able to go on a vacation due to the pandemic.

Per your court's rules, please be advised of the following:

1. Initial Conference original date is 9-10-21. Based upon discussion with adversary, both parties can appear for a conference either on October 12 (all day) or October 14 (all Day);
2. This is the first request of adjournment by this office;
3. Not applicable;
4. I have spoken to my adversary and he consents to the said adjournment;
5. This adjournment will not affect any other scheduled dates since the parties have yet to submit a Case Management Plan.

Thank you for your courtesies in this matter.

Yours truly,

Alan Muraidekh
Senior Associate Counsel
Email: AMuraidekh@mnr.org
Phone: (212) 340-2203

cc: George J. Cahill, Jr. Esq. via ECF

---

The initial pretrial conference scheduled for September 10, 2021 at 2:00 p.m. is adjourned until October 12, 2021 at 2:00 p.m. The Court directs counsel for all parties to prepare a civil case management plan and scheduling order in accordance with the Court's Individual Rules no later than October 1, 2021 and to prepare a joint letter, not to exceed three pages in length, to be submitted to the Court no later than October 1, 2021, addressing the topics set forward in the Court's August 18, 2021 order scheduling the initial pretrial conference, Dkt. 8.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
8/19/2021